McGREGOR W. SCOTT
United States Attorney
YOSHINORI H. T. HIMEL #66194
Assistant U. S. Attorney
501 I Street, Suite 10-100
Sacramento, California 95814
Telephone: (916) 554-2760

Attorneys for Petitioners
 UNITED STATES OF AMERICA and R.O. DEAN PRODROMOS

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA and DEAN PRODROMOS, Revenue Officer, Internal Revenue Service<br><br>Petitioners,<br><br>v.<br><br>MEHRAN ALIZADEH<br><br>Respondent. | 2:07-mc-00003-FCD-KJM<br><br>**ORDER ADOPTING MAGISTRATE JUDGE'S FINDINGS AND RECOMMENDATIONS AND ENFORCING I.R.S. SUMMONSES**<br><br>Taxpayer:   PACIFIC DINING, INC. |
| UNITED STATES OF AMERICA and DEAN PRODROMOS, Revenue Officer, Internal Revenue Service<br><br>Petitioners,<br><br>v.<br><br>MEHRAN ALIZADEH<br><br>Respondent. | 2:07-mc-00004-FCD-KJM<br><br><br>Taxpayer:   CAPITAL CITY RESTAURANTS, INC. |

The United States and Revenue Officer Dean Prodromos here petition for enforcement of two I.R.S. summonses. The matter was placed before United States Magistrate Judge Kimberly J. Mueller under 28 U.S.C. § 636 *et seq.* and Local Rule 73-302. On January 23, 2007, Judge Mueller issued an Order to Show Cause, ordering the respondent, Mehran

1

Alizadeh, to show cause why the I.R.S. summonses issued to him on July 21, 2006, should not be enforced. The petition and order to show cause were duly served on the respondent. Respondent did not file an opposition to enforcement under paragraph 6 on page 2 of the Order to Show Cause.

Judge Mueller presided at the show-cause hearing on March 14, 2007, with all parties present. On March 30, 2007, Judge Mueller filed Findings and Recommendations, finding that the requirements for summons enforcement had been satisfied and recommending that the summonses be enforced. Neither side filed objections to Magistrate Judge's findings and recommendations.

I have reviewed the entire record de novo under 28 U.S.C. § 636(b)(1)(C) and Local Rule 72-304. I am satisfied that the Magistrate Judge's findings and recommendations are supported by the record and by proper analysis, and that the requested and unopposed summons enforcement should be granted. Accordingly, it is hereby ORDERED as follows:

1. The Magistrate Judge's Findings and Recommendations Re: I.R.S. Summons Enforcement, filed March 30, 2007, are ADOPTED IN FULL.

2. The I.R.S. summonses issued to respondent, Mehran Alizadeh, are ENFORCED.

3. Respondent, Mehran Alizadeh, is ORDERED to appear at the I.R.S. offices at 4330 Watt Avenue, Sacramento, California, 95821, before Revenue Officer Dean Prodromos or his designated representative, within 21 days of the issuance of this order, or at an alternate time and date to be set by Revenue Officer Prodromos, then and there to be sworn, to give testimony, and to produce for examining and copying the books, checks, records, papers and other data demanded by the summons, the examination to continue from day to day until completed.

IT IS SO ORDERED.

DATED: April 26, 2007

FRANK C. DAMRELL, JR.
UNITED STATES DISTRICT JUDGE

2